# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cr 109

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JERRY WAYNE GEORGE JR., )<br>)<br>Defendant. )<br>_____ ) | ORDER |

Before the Court is Defendant's Motion to Continue [1:18-cr-10 # 19]. For personal reasons, Defendant's counsel is not available on August 29, 2018. Thus, Defendant's counsel asks the Court to continue Defendant's Rule 11 Proceeding to September 5, 2018. After consulting with the District Court, and finding this to be an extraordinary case, the Court will allow the Motion.

Accordingly, the Court **GRANTS** the Motion [1:18-cr-10 # 19]. Defendant's Rule 11 Proceeding (in Case No. 1:18-cr-109) shall be rescheduled to **September 5, 2018.**

Signed: August 28, 2018

Dennis L. Howell
United States Magistrate Judge